THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>) |
| v. | )  1:21-cr-000218 (APM) |
| CHRISTY CLARK | )<br>)<br>)<br>) |

**MOTION TO FILE MEDICAL RECORD UNDER SEAL**

Christy Clark, through undersigned counsel, respectfully moves this Court to permit her file under seal her medical records which contain personal documentation of her medical conditions which should not be open to the public view.

Respectfully submitted,

ELITA C. AMATO

/s/

_____

Elita C. Amato, Esq.
2111 Wilson Blvd.,
8th Floor
Arlington, VA  22201
Tele:  703-522-5900

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion was sent electronically to Government counsel at on this 26th day of October 2022, thereby, providing service electronically upon all parties in this case.

_____/s/_____
Elita C. Amato